**Michael Carmie ANTONELLI, Appellant,**

v.

**Michael GAINES, Chairman, United States Parole Commission, Appellee.**

No. 06–1581.

United States Court of Appeals, Eighth Circuit.

Submitted: April 5, 2007.

Filed: April 10, 2007.

Michael Carmie Antonelli, Forrest City, AR, pro se.

E. Fletcher Jackson, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Michael Carmie Antonelli appeals following the district court's[1] dismissal of his

1. The Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

28 U.S.C. § 2241 petition and denial of his motion for reconsideration. We conclude that the dismissal of the section 2241 petition was proper for the reasons explained by the district court, *see United States v. Lurie*, 207 F.3d 1075, 1076 (8th Cir.2000) (de novo standard of review for § 2241 petition), and that the district court did not abuse its discretion in denying the motion for reconsideration, *see Davidson & Schaaff, Inc. v. Liberty Nat. Fire Ins. Co.*, 69 F.3d 868, 871 (8th Cir.1995) (abuse-of-discretion standard of review for reconsideration motion).

Accordingly, we deny Antonelli's motions on appeal, and we affirm the district court's judgment. *See* 8th Cir. R. 47B.